IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>                    Plaintiff,<br>           v.<br><br>U.S. DEPARTMENT OF THE TREASURY, *et al.*,<br><br>                    Defendants. | Civil Action No. 20-cv-2256-CKK |

## PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff Citizens for Responsibility and Ethics in Washington cross-moves for summary judgment. In support of this motion, Plaintiff submits the accompanying memorandum of points and authorities and statement of undisputed material facts. A proposed order is attached.

Date: July 1, 2021

Respectfully Submitted,

*/s/ Nikhel S. Sus*
Nikhel S. Sus
(D.C. Bar No. 1017937)
CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON
1331 F Street, NW
Suite 900
Washington, DC 20004
Telephone: (202) 408-5565
Fax: (202) 588-5020
nsus@citizensforethics.org

*Counsel for Plaintiff*