**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF THE TREASURY, *et al.*,<br><br>Defendants. | Civil Action No. 20-cv-2256-CKK |

**PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS**

Pursuant to Local Civil Rule 7(h), Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") submits this Statement of Undisputed Material Facts in this Freedom of Information Act ("FOIA") suit against the U.S. Postal Service ("USPS"), the USPS Office of Inspector General ("USPS OIG"), and the U.S. Department of the Treasury ("Treasury").

1.        On May 6, 2020, the USPS Board of Governors (the "Board") announced its selection of Louis DeJoy to serve as Postmaster General of the United States. Press Release, Board of Governors Announces Selection of Louis DeJoy to Serve as Nation's 75th Postmaster General, USPS, May 6, 2020, https://bit.ly/35iCAhp.

2.        Mr. DeJoy assumed office on June 16, 2020. A new era begins, *USPS Link*, June 17, 2020, https://bit.ly/2SBkODf.

3.        Mr. DeJoy was the first postmaster general in nearly two decades who had not served as a career USPS employee. Anthony Izaguirre and Brian Slodysko, Embattled postal leader is Trump donor with deep GOP ties, *Associated Press*, Aug. 20, 2020, https://bit.ly/3gyd1y7.

4.      Mr. DeJoy's appointment drew scrutiny for a host of reasons, including his history as a major Republican political donor, concerns that he would seek to undermine voting by mail in response to former President Trump's baseless claims of voter fraud, and his apparent conflicts of interest stemming from his sizeable financial holdings in USPS contractors and competitors. *See id.*

5.      There are also questions surrounding former Treasury Secretary Steven Mnuchin's involvement in recruiting DeJoy as Postmaster General. *See* Kenneth P. Vogel, Mnuchin Paved Way for Postal Service Shake-Up, *New York Times*, Aug. 22, 2020, https://nyti.ms/3gpTEbQ.

6.      From 1983 to 2014, Mr. DeJoy served as chief executive of New Breed Logistics. Heidi Przbyla, Postal contracts awarded to DeJoy-run company were questioned in 2001 Postal Service audit, *NBC News*, Sept. 14, 2020, https://nbcnews.to/3zFCX3N.

7.      A 2001 USPS OIG audit raised questions about whether New Breed Logistics "knowingly overbilled the Postal Service." *Id.*

8.      On June 16, 2020, CREW submitted a FOIA request to USPS seeking records relating to voting by mail, the retirement of former Postmaster General Megan Brennan, and the appointment of Mr. DeJoy as her successor, among other things. *See* Am. Compl. ¶ 23, ECF No. 6; Defs.' Stmt. of Undisputed Material Facts ¶ 6, ECF No. 23-1 ("Defs.' Facts").

9.      On June 22, 2020, CREW submitted a FOIA request to Treasury seeking records relating to voting by mail, the retirement of former Postmaster General Megan Brennan, and the appointment of Mr. DeJoy as her successor, among other things. *See* Am. Compl. ¶ 16; Defs.' Facts ¶ 2.

10.     After exhausting their administrative remedies, CREW filed this suit against

Treasury on August 19, 2020, and amended its complaint to add USPS on September 2, 2020.

*See* Compl., ECF No. 1; Am. Compl., ECF No. 6.

11.     Following completion of productions, Defendants reconsidered and withdrew

exemption claims as to certain records. *See* Defs.' Facts ¶¶ 5, 9; Declaration of Janine Castorina

¶¶ 10, 11, 34, ECF No. 23-6; Declaration of Michelle A. Dickerman ¶ 16, ECF No. 23-2.


Date: July 1, 2021                              Respectfully Submitted,

                                                */s/ Nikhel S. Sus*
                                                Nikhel S. Sus
                                                (D.C. Bar No. 1017937)
                                                CITIZENS FOR RESPONSIBILITY AND
                                                ETHICS IN WASHINGTON
                                                1331 F Street, NW
                                                Suite 900
                                                Washington, DC 20004
                                                Telephone: (202) 408-5565
                                                Fax: (202) 588-5020
                                                nsus@citizensforethics.org

                                                *Counsel for Plaintiff*