IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF THE TREASURY, *et al.*,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 20-cv-2256-CKK |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS**

　　　　Pursuant to Local Civil Rule 7(h), Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") submits this Response to the Statement of Undisputed Material Facts of Defendants U.S. Department of the Treasury ("Treasury"), U.S. Postal Service ("USPS"), and U.S. Postal Service Office of Inspector General ("USPS OIG"), ECF No. 23-1.

　　　　1.　　Citizens for Responsibility and Ethics in Washington's ("CREW") amended complaint concerns three FOIA requests it sent to Treasury, USPS, and USPS OIG, respectively. *See* Am. Compl., ECF No. 6 ¶ 1.a.

　　　　**Plaintiff's Response**:  This paragraph is not disputed.

　　　　2.　　CREW issued a request to Treasury on June 22, 2020, seeking six categories of records that, broadly speaking, concerned voting by mail; the retirement of former Postmaster General Megan Brennan; and the appointment of Louis DeJoy as Postmaster General. *See* Am. Compl. ¶ 16.

　　　　**Plaintiff's Response**:  This paragraph is not disputed.

1

3.  Treasury acknowledged receipt of CREW's request on June 26, 2020 and issued an interim response to CREW on July 29, 2020. *Id.* ¶¶ 17-18. The interim response included three records that Treasury released in full to CREW. *Id.* ¶ 18.

**Plaintiff's Response**:  This paragraph is not disputed.

4.  In total, Treasury has produced 844 pages to CREW. *See* Declaration of Michelle A. Dickerman ("Dickerman Decl.") ¶ 13.

**Plaintiff's Response**:  This paragraph is not disputed.

5.  After CREW indicated that it intended to narrowly challenge a small number of records over which Treasury asserted various FOIA exemptions, Treasury re-released 49 pages of documents with more limited redactions on a discretionary basis. *Id.* ¶ 16.

**Plaintiff's Response**:  This paragraph is not disputed.

6.  CREW sent a request to USPS on June 16, 2020 seeking ten categories of records. *See* Am. Compl. ¶ 23. These requests generally concerned materials relating to voting by mail that were prepared for former Postmaster General Brennan, Postmaster General DeJoy, Congress-members of their staff, the USPS OIG, the USPS Board of Governors, any state governors or their staff, as well as records relating to the departure of Postmaster General Brennan and the appointment of Postmaster General DeJoy. *Id.*

**Plaintiff's Response**: This paragraph is not disputed.

7.  USPS acknowledged the request on July 6 and further responded on July 13, 2020, explaining that it was referring different items in CREW's request to various USPS components, including the Postmaster General's Office, the Government Relations and Public Policy group, the Board of Governors, and the Chief Marketing and Sales Officer. *Id.* ¶ 25.

USPS also referred one item to USPS OIG, which is an independent agency within the Postal Service. *Id.*

  **Plaintiff's Response**:  This paragraph is not disputed.

  8. The Chief Marketing and Sales Officer responded to CREW by explaining that its requests were too broad to perform a reasonable search, and asked CREW to narrow or clarify its request. *See* Am. Compl. ¶ 26.

  **Plaintiff's Response**:  This paragraph is not disputed.

  9. The Board of Governors responded to CREW's request on July 28, 2020, releasing 39 pages of records subject to redactions under Exemptions 5 and 6. *Id.* ¶ 30 ("July 28, 2020 Board of Governors Production"). CREW subsequently administratively appealed the adequacy of the Board of Governors' search as well as its assertion of Exemption 5 over the withholdings. *See* Am. Compl. ¶ 31. On September 14, 2020, the Office of the General Counsel, Federal Compliance affirmed the Board of Governors' initial response. *See* Answer, ECF No. 10 ¶ 32. USPS subsequently released 7 pages of these records without any redactions. *See* Declaration of Janine Castorina ("Castorina Decl.") ¶ 10.

  **Plaintiff's Response**:  This paragraph is not disputed.

  10. USPS and its various components have, to date released nearly 750 pages of material to CREW in response to its request. *See* Castorina Decl. ¶ 16.

  **Plaintiff's Response**:  This paragraph is not disputed.

  11. CREW submitted a FOIA request to USPS OIG on June 16, 2020 seeking five categories of documents. *See* Am. Compl. ¶ 35. The request generally sought materials prepared by USPS OIG employees concerning voting by mail for Postmaster General DeJoy, for members

of Congress or their staff; other kinds of USPS OIG documents concerning voting by mail; and any communications between USPS OIG and members of Congress or their staff concerning Louis DeJoy's appointment as Postmaster General. *Id.*

**Plaintiff's Response**:  This paragraph is not disputed.

12.     USPS OIG's search yielded 104 pages of responsive materials, including 101 pages that could be produced in their entirety, which the agency attempted to release to CREW on July 31, 2020 via email. *See* First Joint Status Report, ECF No. 11 at 3-4.

**Plaintiff's Response**:  This paragraph is not disputed.

13.     USPS OIG subsequently re-released the records to CREW on October 8, 2020.

**Plaintiff's Response**: This paragraph is not disputed.

Date: July 1, 2021

Respectfully Submitted,

*/s/ Nikhel S. Sus*
Nikhel S. Sus
(D.C. Bar No. 1017937)
CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON
1331 F Street, NW
Suite 900
Washington, DC 20004
Telephone: (202) 408-5565
Fax: (202) 588-5020
nsus@citizensforethics.org

*Counsel for Plaintiff*