IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>               Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF THE TREASURY, *et al.*,<br><br>               Defendants. | Civil Action No. 20-cv-2256-CKK |

**[PROPOSED] ORDER**

The Court having considered Defendants' Motion for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment, it is hereby

ORDERED that Defendants' motion is DENIED. It is further

ORDERED that Plaintiff's motion is GRANTED.

SO ORDERED.


Dated: _____                             _____
                                                                                              Colleen Kollar-Kotelly
                                                                     U.S. DISTRICT JUDGE