IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEP'T OF THE TREASURY, *et al.*,<br><br>*Defendants*. | Civil Action No. 20-cv-2256-CKK |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the terms of the parties' Settlement Agreement on September 27th, 2022, the parties, by and through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice.

Dated:  September 27th, 2022

| | |
|---|---|
| /s/ Nikhel S. Sus<br>Nikhel S. Sus<br>(D.C. Bar No. 1017937)<br>CITIZENS FOR RESPONSIBILITY AND<br>ETHICS IN WASHINGTON<br>1331 F Street NW, Suite 900<br>Washington, D.C. 20004<br>Telephone: (202) 408-5565<br>Fax: (202) 588-5020<br>nsus@citizensforethics.org<br><br>*Attorney for Plaintiff* | BRIAN D. NETTER<br>Deputy Assistant Attorney General<br><br>ELIZABETH J. SHAPIRO<br>Deputy Director<br><br>/s/ John Robinson<br>John Robinson<br>Trial Attorney (DC Bar No. 1044072)<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20005<br>Tel:  (202) 616-8489<br>E-mail:  john.j.robinson@usdoj.gov<br><br>*Attorneys for Defendants* |