## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON,

      Plaintiff,

      v.

U.S. DEPARTMENT OF THE TREASURY,
*et al.*,

      Defendants.

Civil Action No. 20-2256 (CKK)

## ORDER
(September 27, 2022)

In light of the parties' [37] Stipulation of Dismissal, pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii), it is, this 27th day of September, 2022, hereby

**ORDERED**, that this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

COLLEEN KOLLAR-KOTELLY
United States District Judge